

To Trustee: for case number 17-21304-PGH

Sorry I missed my creditors meeting I had mechanical problems with my vehicle it was running hot, I was stalled for a while by the time I got to your office nobody was there, may I ask please can I have my creditors meeting at a later date please my name is Micahiel Nichloson # 561-619-0398

Thank You!

Micahiel Nichlason